No. 95–1232. GENERAL MOTORS CORP. *v.* TRACY, TAX COMMISSIONER OF OHIO. Sup. Ct. Ohio. Motion of Committee on State Taxation for leave to file a brief as *amicus curiae* granted. Cer-

tiorari granted.